Susan St. Vincent
Acting Legal Officer
Matthew Knoblauch
Yosemite Legal Intern
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID CHARLES BALDWIN,<br><br>Defendant. | DOCKET NO. 6:13-mj-068-MJS<br><br>**STATEMENT OF WITHDRAWAL OF ALLEGED PROBATION VIOLATION(S)**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

    Defendant, David Charles BALDWIN, was arrested August 1, 2013, in Yosemite National Park and charged with two counts in a criminal complaint: Count 1: presence in a park area when under the influence of alcohol or drugs to a degree that may endanger oneself or others; and Count 2: possession of a controlled substance (marijuana). BALDWIN plead guilty August 1, 2013, to Count 1. BALDWIN was sentenced to pay a fine of $250 at a rate of $50 a month at the end of each month starting August, 2013, 12 months of unsupervised probation, obey all laws, and six months of AA twice weekly. The Government charged BALDWIN with a first probation violation for failure to pay the fine, failure to obey all laws, and failure to attend AA. BALDWIN admitted to the probation violations and was sentenced to 12 months of unsupervised probation, to obey all laws, to pay the original fine at $25 per month until paid in full, and to attend AA twice

1

weekly for the first 6 months of probation. A Review Hearing was set by the Government for July 28, 2015. The Government filed an additional Notice of Probation Violation on July 23, 2015 alleging BALDWIN did not attend AA as ordered. On July 28, 2015, the Yosemite Legal Office received proof that BALDWIN attended AA as ordered. The Government withdraws its request for a Probation Violation in this matter.

Dated: July 30, 2015

By: /s/ Matthew McNease
Matthew McNease
Acting Legal Officer
Yosemite National Park, CA

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

The Probation Violation is retracted.

IT IS SO ORDERED.

Dated:   July 31, 2015                    /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

2